IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  03-cv-02341-RPM

LEGACY MANUFACTURING, LLC,

  Plaintiff,

v.

STEVE BODEN,
DANIEL W. LOYER, and
MVM PRODUCTS, LLC,

  Defendants.

_____

## ORDER
_____

  On January 12, 2006, plaintiff filed a Protective Motion to Reopen the Evidence (Doc. # 101).  The designated portions of the depositions were received in evidence in this case.  It is therefore

  ORDERED that the motion to reopen is moot.

  Dated: March 9th, 2006

        BY THE COURT:

        s/Richard P. Matsch
        _____
        Richard P. Matsch
        Senior District Judge